IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**FILED**
**U.S. District Court**
**District of Kansas**
10/19/2026
**Clerk, U.S. District Court**
**By:** SND **Deputy Clerk**

HERNAN JUNIOR SULBARAN-CAMBAR,

Petitioner,

v.

Warden, Midwest Regional Reception Center;
Field Office Director, ICE ERO;
Acting Director, ICE;
Secretary, DHS; and
United States Attorney General,

Respondents.

Case No. 26-3393-JWL

**ORDER TO SHOW CAUSE**

Petitioner, acting *pro se*, has filed a petition for habeas corpus under 28 U.S.C. § 2241, in which he challenges his detention by immigration officials without a bond hearing. Petitioner has also filed a motion for a temporary restraining order (Doc. # 2). The Court in its discretion **denies** that motion, which effectively seeks the entirety of the relief sought in the petition. The Court does order a responsive pleading on an expedited basis.

IT IS THEREFORE ORDERED BY THE COURT THAT petitioner's motion for a temporary restraining order (Doc. # 2) is hereby **denied**.

IT IS FURTHER ORDERED BY THE COURT THAT respondents are required to show cause on or before **October 30, 2026**, why the writ should not be granted, including by addressing the Tenth Circuit's recent decision in *Santillan Quiroz v. Mullin*, 180 F.4th 1226 (10th Cir. 2026); and that petitioner is granted until **November 13, 2026**, to file a traverse thereto, addressing that issue and admitting or denying under oath all factual allegations contained in the response. Copies of this Order shall be transmitted to the parties and the United States Attorney for the District of Kansas.

IT IS SO ORDERED.

Dated this 19th day of October, 2026, in Kansas City, Kansas.

/s/ John W. Lungstrum
Hon. John W. Lungstrum
United States District Judge