FILED
U.S. District Court
District of Kansas
11/09/2026
Clerk, U.S. District Court
By: SND Deputy Clerk

# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

**HERNAN JUNIOR SULBARAN-CAMBAR,**

**Petitioner,**

**v.** **Case No. 26-3393-JWL**

**WARDEN, MIDWEST REGIONAL RECEPTION CENTER; FIELD OFFICE DIRECTOR, CHICAGO FIELD OFFICE, ENFORCEMENT AND REMOVAL OPERATIONS, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; SECRETARY OF HOMELAND SECURITY, and ATTORNEY GENERAL OF THE UNITED STATES,**

**Respondents.**

## JUDGMENT IN A CIVIL CASE

( ) **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(x) **DECISION BY THE COURT.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the petition for habeas corpus pursuant to 28 U.S.C. § 2241 is denied.

Entered on the docket 11/09/26

**Dated: November 9, 2026**

**SKYLER B. O'HARA**
**CLERK OF THE DISTRICT COURT**

**s/S. Nielsen-Davis**
**Deputy Clerk**